Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
2018 MAR 12 P 3:04
U.S. DISTRICT COURT
NEW HAVEN, CT.

# UNITED STATES DISTRICT COURT
for the
District of Connecticut
_____ Division

Robert Durant

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Yale University

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:18CV431 (VAB)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Robert Durant |
   | Street Address | 198 Putnam Street |
   | City and County | New Haven |
   | State and Zip Code | CT 06519 |
   | Telephone Number | 203-392-4670 |
   | E-mail Address | Robertdurantjr@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Yale University
- Job or Title *(if known)*:
- Street Address: 221 Whitney Avenue
- City and County: New Haven
- State and Zip Code: Connecticut
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Yale University |
| Street Address | 221 Whitney Avenue |
| City and County | New Haven |
| State and Zip Code | CT 06511 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## AFFIDAVIT OF ROBERT DURANT

1. I am over the age of 18 and believe in the obligations of an oath.

2. The facts stated herein are true and correct to the best of my knowledge and belief.

3. I reside at 198 Putnam Street, New Haven, CT 06519.

4. The Respondent Yale University (Respondent" or "Yale"), is located at 221 Whitney Avenue, New Haven, CT 06520.

5. I am an African American male who has been and continues to be harassed, discriminated against, unfairly written up, and warned by the Respondent.

6. I am one of two African-American employees, currently in the position of Animal Tech 4, out of approximately 20 Animal Tech 4.

7. At the time of my allegations raised in this complaint, I was the only African-American Animal Tech 4 in my Unit.

8. Specifically, I work for the Yale Animal Resource Center ("YARC") as an Animal Tech 4 in Unit 2 Tech D, and have been in Yale's employ since March of 2002.

9. The Respondent employs more than 15 employees.

10. I have always performed the duties of my position in a satisfactory manner and have been promoted on several occasions.

11. My primary job function as an Animal Tech 4 is to conduct animal husbandry, sanitation and handling duties, including moderate to high hazard areas, e.g. BL 3 in the various research labs along with other duties as deemed necessary for the safe and ethical treatment of our research animals.

12. My work has always been favorably recognized on the part of the Respondent and I have always been granted a yearly raise.

13. In or about May of 2013, Melissa Bonk ("Bonk"), (Caucasian, U.S. Citizen), became my Supervisor.

14. Since Ms. Bonk arrived in my unit, I have been unfairly scrutinized, micromanaged, harassed, and discriminated against.

15. Ms. Bonk began to increase my job duties while decreasing my time allotted to perform my job duties.

16. Ms. Bonk would not allow me to work overtime by skipping over me although I was next in line for overtime.

17. In February, 2016 I met with Tim Aucoin, Human Resources, and complained about safety issues. Mr. Aucoin stated that he "didn't want to hear about it" and requested me to return in March, 2016.

18. Since the day of my complaint, I began to experience racial discrimination, retaliation and harassment.

19. Since the day of my complaint, Ms. Bonk had refused on numerous occasions to give me training that is a necessary part of my job.

20. In March, 2016 I again had a meeting with Mr. Aucoin and informed him of additional safety issues and Ms. Bonk's continued hostile and disparate treatment towards me.

21. In May, 2016 and again in June, 2016 I was denied the opportunity to retrieve safety boots which are essential to my job.

22. On August 24, 2016 I was able to work overtime. Although it was two people scheduled to work, a white male and myself, Ms. Bonk wrote the schedule wherein I had to perform all the job duties.

23. I informed Ms. Bonk that she allocated all the job duties to me and she stated "if I didn't like the assignment then I should not have took the assignment".

24. I feel that I have been singled out and treated disparately and retaliated against due to my African-American race.

25. Respondent is in violation of Title VII for discriminating against me, treating me disparately, harassing me, and creating a hostile work environment, and is retaliating against me due to my discriminatory complaints, African-American race.

26. Respondent has violated the C.G. S. Sec. 46a-60(a)(1) for discriminating against me, treating me disparately, harassing me, and creating a hostile work environment against me due to my African-American race.

27. Respondent is in violation of C.G.S. Sec. 46a-60(a)(4) for retaliating against me due to my discriminatory complaints, African-American race.

28. Respondent's conduct has caused me severe emotional distress.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B.    The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter.

        ☒ issued a Notice of Right to Sue letter, which I received on *(date)* __12/11/2017__

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☐ 60 days or more have elapsed.
        ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/12/2018

Signature of Plaintiff: *Robert Durant*
Printed Name of Plaintiff: Robert Durant

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address