## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT DURANT | : | CIVIL ACTION NO. |
| | : | 3:18-cv-00431-VAB |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant. | : | |
| | : | JUNE 22, 2018 |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. Local Rule 7(b), defendant Yale University respectfully moves for an extension of thirty days, up to and including July 23, 2018, within which to respond to the plaintiff's pro se Complaint dated March 12, 2018. The defendant was not served with a copy of the Complaint until June 4, 2018. The undersigned has contacted the pro se plaintiff regarding this matter and the plaintiff consents to this request.

The defendant requires time to review and investigate these claims and obtain necessary information before a responsive pleading can be filed. This is

the defendant's first motion for extension of time to respond to the Complaint, and this matter has not been scheduled for trial.

THE DEFENDANT

By: _____
Kevin C. Shea ct13781
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
203/787-1183

CERTIFICATION:

This is to certify that a copy of the foregoing has been sent to all required notification parties via electronic notification, on this 22nd day of June 2018.

_____
CLENDENEN & SHEA, LLC