UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ROBERT DURANT,
    *Plaintiff*,

v.

YALE UNIVERSITY,
    *Defendant*.

No. 3:18-cv-00431 (VAB)

## SCHEDULING ORDER

Following a telephonic status conference, the Court adopts the following pre-trial schedule in this case:

- Response to the Complaint is due 14 days after the court's ruling on the Motion for More Definite Statement
- Damages Analysis is due September 7, 2018
- Reports from Plaintiff's retained experts are due November 30, 2018
- Deposition of Plaintiff's retained experts is to be completed by February 22, 2019
- Reports from Defendant's retained experts are due by April 5, 2019
- Deposition of Defendant's retained experts is to be completed by May 10, 2019
- Close of fact discovery is May 10, 2019
- Close of deposition of fact witnesses is May 10, 2019
- Close of expert discovery is May 10, 2019
- Close of all discovery is May 10, 2019
- On May 16, 2018 at 10:00 a.m., the Court will convene a post-discovery telephonic status conference. Once all counsel are on the line, please call Chambers at (203) 579-5562.
- Dispositive Motions are due by June 28, 2019
- Joint trial memorandum is due July 26, 2019, or 30 days after the Court rules on any dispositive motions, whichever is later; and
- This case shall be trial ready by September 3, 2019, or, 30 days after the joint trial memorandum is submitted, whichever is later.

**SO ORDERED** at Bridgeport, Connecticut, this 30th day of August, 2018.

        /s/ Victor A. Bolden
        Victor A. Bolden
        United States District Judge